

failure to prosecute in accordance with the rules.

Georgina D. SAN AGUSTIN, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2011–3144.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Alvin M. BLANTON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3063.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Alvin M. BLANTON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2011–3062.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Frances G. BROWN, Petitioner,

v.

## DEPARTMENT OF the NAVY, Respondent.

No. 2011–3026.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

LOTTOTRON, INC., Plaintiff–Appellant,

v.

ALLGAMES CASINOS, LTD., CB Corporation, Sun Casinos N.V., Sonsorol Ltd., 3A International N.V., Bonne Chance N.V., I–Services N.V., Yellow Stone Entertainment N.V., and Pullman Gaming N.V., Defendants,

and

Interactive Systems Inc., N.V., Defendant–Appellee.

No. 2011–1406.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for